UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Darrell Ronk,<br>    Defendant. | Case No. 2:11-cr-00163-KJD -GWF<br><br>**Order Granting<br>Unopposed, Expedited<br>Motion to Revoke<br>Defendant's Personal Recognizance Bond** |

Based upon the Parties' Unopposed, Expedited Motion to Revoke Defendant's Personal Recognizance Bond, and good cause appearing, defendant's personal recognizance bond is hereby immediately revoked.

IT IS SO ORDERED.
DATED: March 2, 2012

_____
United States District Court Judge