UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>　　　Plaintiff,<br><br>v.<br><br>Darrell Ronk,<br>　　　Defendant. | Case No. 2:11-cr-00163-KJD -GWF<br><br>**Order Granting<br>Unopposed, Expedited<br>Motion to Direct<br>the U.S. Marshals Service<br>to Take Defendant into Custody and to<br>Transport Him** |

Based upon the United States' Unopposed, Expedited Motion, and good cause appearing, the U.S. Marshals Services is hereby directed to take defendant into custody forthwith, and to arrange for his transport back to the District of Nevada.

IT IS SO ORDERED.

Dated this __2__ day of March, 2012.

_____
United States District Court Judge